**Order entered October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01055-CV

### FAY SERVICING, L.L.C. AND CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLP TRUST 3, Appellants

### V.

### TIMMY LATTIE SAVAGE II AND SARAH ELIZABETH SAVAGE, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02619-2016**

## ORDER

Before the Court is appellant's October 3, 2018 unopposed motion to abate appeal to facilitate settlement negotiations. We **GRANT** the motion, **ABATE** the appeal, and **ORDER** the parties to file a status report or motion to reinstate appeal no later than November 5, 2018. The deadline for filing the appellate record is suspended while the appeal is abated and will be reset if necessary upon reinstatement of the appeal.

We **DIRECT** the Clerk of the Court to send a copy of this order to Collin County District Clerk Lynne Finley; Indu Bailey, Official Court Reporter of the 219th Judicial District Court; and, the parties.

/s/    DAVID EVANS
          JUSTICE